# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0419.  JUAN D. MONEACE v. TAMALA BROWN, WARDEN.**

Prison inmate Juan D. Moneace filed a petition for writ of habeas corpus, challenging the validity of his guilty plea conviction.  The trial court entered a final order denying Moneace's petition, and Moneace filed the instant application for discretionary appeal in this Court.  We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/04/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*